## WILLIAM B. WINTERTON, ADMINISTRATOR, ETC., RESPONDENT, *v.* ADONIRAM J. WINTERTON, APPELLANT.

*Statute of limitations — Code, § 110 — acknowledgment of debt — to whom made.*

The law does not require that the acknowledgment of a debt, to render it effectual under the statute, should be exclusively and wholly made by the debtor to the creditor. It will defeat the operation of the statute if made to the creditor's agent, or some person acting for him or in his interest, who may be reasonably expected to communicate it to him, and on which communication he may be expected to repose. (*Bloodgood* v. *Bruen*, 4 Seld., 362, 367; *Wakeman* v. *Sherman*, 5 id., 85, 91; *Henry* v. *Root*, 33 N. Y., 526; *Chasemere* v. *Turner*, 33 Law Times [N. S.], 323; Com. Law Series, pt. 2, p. 500; *Bell* v. *Morrison*, 1 Pet., 351.)

Motion by defendant for a new trial on exceptions ordered to be first heard by the General Term.

*Albert Stickney*, for the defendant.   *N. B. Howie*, for the plaintiff.

Opinion by Daniels, J.   Davis, P. J., and Brady, J., concurred.

Motion for new trial denied.  Judgment for plaintiff on the verdict of the jury.